THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK M. HALVERSON,

        Petitioner,

   v.

UNITED STATES OF AMERICA,

        Respondent.

CASE NO. C16-1179-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner Derek Halverson's motion for reconsideration (Dkt. No. 14) of this Court's order denying his habeas petition (Dkt. No. 12). The order was issued on March 22, 2017. Petitioner signed his motion on April 18, 2017, and the Court received it on April 24, 2017. However, under Local Rule 7(h)(2), motions for reconsideration "shall be filed within fourteen days after the order to which it relates is file." Therefore, Petitioner's motion is DISMISSED as untimely.

DATED this 26th day of April 2017.

                                                    William M. McCool
                                                  Clerk of Court

                                                  s/Paula McNabb
                                                  Deputy Clerk